JAMES M. MAKASIAN (SBN 71791)
1327 "N" Street
Fresno, CA 93721
Telephone: (559) 442-4212 Fax: (559) 445-0328

STEVEN P. SIMONIAN, Jr. (SBN 082858)
1327 "N" Street
Fresno, CA 93721
Telephone: (559) 442-4212 Fax: (559) 445-0328

Attorneys for: Plaintiffs

FILED

DEC - 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SUNIL KUMAR, AHMED JOBAH and
PARDEEP KUMAR

   Plaintiffs,

v.

MICHAEL CHERTOFF, Secretary of
Homeland Security, EMILIO T. GONZALEZ,
Director of The United States Citizenship
and Immigration Services, SUSAN CURDA,
District Director of The United States
Citizenship Immigration Services,
DON RIDING, Field Office Director of the
Fresno Office of The United States
Citizenship Immigration Services;
McGREGOR W. SCOTT, Attorney General
of the United States, Eastern District,
ROBERT MUELLER, Director of The
Federal Bureau of Investigations

   Defendants.

CIVIL No. 1:08-CV-01398-AWI-GSA

NOTICE OF VOLUNTARY DISMISSAL OF
PLAINTIFFS, SUNIL KUMAR, AHMED
JOBAH and PARDEEP KUMAR, AND
PROPOSED ORDER

Rule 41(a)(1)

SUNIL KUMAR  #A 75607707
AHMED JOBAH  #A 40058740
PARDEEP KUMAR #A 76690855

PLEASE TAKE NOTICE:

That PLAINTIFFS, SUNIL KUMAR, AHMED JOBAH and PARDEEP

KUMAR, have cleared the background name checks and the only step remaining in the

adjudication of their naturalization application is the oath ceremony. Accordingly, Plaintiffs, SUNIL KUMAR, AHMED JOBAH and PARDEEP KUMAR, hereby request that the case be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Under Rule 41(a)(1), a plaintiff has an absolute right to dismiss their action prior to service by the defendants of an answer or motion for summary judgment. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to plaintiff's complaint and no motions for summary judgment have been filed in this case. No such answers or summary judgment motion have been served. Accordingly, Plaintiffs, SUNIL KUMAR, AHMED JOBAH and PARDEEP KUMAR, request that this action be dismissed.

Respectfully Submitted,

Dated: November 12, 2008

/s/JAMES M. MAKASIAN
JAMES M. MAKASIAN
STEVE P. SIMONIAN, Jr.
Attorneys for Plaintiff

ORDER

Plaintiff's request to dismiss is GRANTED. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: /2-5-08

UNITED STATES DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS, SUNIL KUMAR, AHMED JOBAH and PARDEEP KUMAR, AND PROPOSED ORDER
CIVIL No. 1:08-CV-01398-AWI-GSA